IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARY FROUNFELTER and
A.F., a minor, by and through her
parent, CARY FROUNFELTER,

    Plaintiffs,                  CASE NO.: 8:05-cv-01369-EAK-TBM

vs.

BUSCH ENTERTAINMENT CORPORATION,
d/b/a BUSCH GARDENS TAMPA,

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL
### OF ALL CLAIMS WITH PREJUDICE

Plaintiffs Cary Frounfelter and A.F., a minor, by and through her parent, Cary Frounfelter, and Defendant Busch Entertainment Corporation ("BEC"), by and through their respective undersigned counsel, stipulate that all claims brought by Plaintiffs against Defendant BEC shall be dismissed with prejudice, each party to bear their own attorneys' fees and costs of this action.

| | |
|---|---|
| _/s/ Colleen Flynn_ | _/s/ signature_ |
| Joan M. Vecchioli, Esquire | Robert L. Blank, Esquire |
| Florida Bar No. 0614394 | Florida Bar No. 0948497 |
| Colleen M. Flynn, Esquire | A. Courtney Cox, Esquire |
| Florida Bar No. 190470 | Florida Bar No. 0657905 |
| Johnson, Pope, Bokor, Ruppel | Rumberger, Kirk & Caldwell, P.A. |
|   & Burns, LLP | 100 North Tampa Street, Suite 2000 |
| 911 Chestnut Street | Tampa, Florida 33601-3390 |
| Clearwater, Florida 33756 | Telephone: (813) 223-4253 |
| Telephone: (727) 461-1818 | Telecopier: (813) 221-4752 |
| Telecopier: (727) 441-8617 | *Attorneys for Busch Entertainment* |
| *Attorneys for Plaintiff* | *Corporation* |